Justin E. Gray (SBN Bar No. 282452)
Foley & Lardner LLP
3579 Valley Center Dr., Ste. 300
San Diego, CA 92130
P: 858-847-6700 F: 858-792-6773

*Attorneys for Biotage AB, Biotage GB, Ltd., Biotage, LLC and Biotage, Inc.*

Elizabeth L. Brann (SBN 222873)
Paul Hastings LLP
4747 Executive Dr., 12th Fl.
San Diego, CA 92121
P: 858-720-2500 F: 858-720-2555

Bruce M. Wexler (Pro Hac Vice)
Paul Hastings LLP
75 E 55th Street
New York, NY 10022
P: 212-318-6020 F: 212-230-7644

*Attorneys for Merck & Co.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCIENTIFIC PLASTIC PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIOTAGE AB, BIOTAGE GB LTD., BIOTAGE, LC, BIOTAGE, INC. and MERCK & CO.,<br><br>Defendants.<br><br>ALL RELATED COUNTERCLAIMS AND CROSS CLAIMS | Case No.: 11CV2778 BAS BLM<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL OF CROSS-CLAIM OF DEFENDANT MERCK & CO.**<br><br>Judge: Hon. Cynthia Bashant |

In view of the Order of the Court dated August 7, 2017, no claims by Plaintiff Scientific Plastic Products, Inc. against Defendants Biotage AB, Biotage GB Ltd., Biotage, LLC, and Biotage, Inc. (collectively, "Biotage"), and Defendant Merck & Co. remain in this action. Therefore, pursuant to Fed. R. Civ. P. 41 and Civ. L. R. 7.2, Biotage and Merck stipulate to the dismissal without prejudice of the cross-claim by

Merck against Biotage, with each party bearing its own fees and costs. The parties respectfully request that the Court enter the Proposed Order submitted herewith.

*[Signatures on the following page.]*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

    /s/Justin E. Gray
Justin E. Gray
FOLEY & LARDNER LLP
3579 Valley Centre Dr., Ste. 300
San Diego, CA 92130
P: 858-847-6700
F: 858-792-6773
E: jegray@foley.com

George C. Beck (Pro Hac Vice)
FOLEY & LARDNER LLP
3000 K Street, Suite 600
Washington, DC 20007
Telephone: 202.672.5300
Facsimile: 202.672.5399
E: gbeck@foley.com

Michael R. Houston (Pro Hac Vice)
mhouston@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: 312.832.4500
Facsimile: 312.832.4700
E: mhouston@foley.com

***Attorneys for Biotage AB, Biotage GB Ltd., Biotage, LLC and Biotage, Inc.***

Respectfully submitted,

    /s/Elizabeth L. Brann
*Signed with permission*
Bruce M. Wexler
PAUL HASTINGS LLP
75 East 55th St.
New York, NY 10022
P: 212-318-6020
F: 212-230-7644
E: brucewexler@paulhastings.com

Elizabeth L. Brann
PAUL HASTINGS LLP
4747 Executive Dr., 12th Fl. San Diego, CA 92121
P: 858-458-3000
F: 858-458-3005
E: elizabethbrann@paulhastings.com

***Attorneys for Merck & Company***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, who are deemed to have consented to electronic service via the court's CM/ECF system per CivLR 5.4(d).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on August 10, 2017.

*/s/ Justin E. Gray*
Justin E. Gray

4846-2388-1787.1