UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCIENTIFIC PLASTIC PRODUCTS, INC., a California corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BIOTAGE AB, BIOTAGE GB LTD., BIOTAGE, LLC, BIOTAGE, INC., and MERCK & CO.,<br><br>　　　　　　　　　　　Defendants. | Case No. 11-cv-2778-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |
| RELATED COUNTERCLAIMS AND CROSS-CLAIMS | |

Before the Court is Plaintiff Scientific Plastic Products, Inc.'s ("Plaintiff") and Defendants Biotage AB, Biotage GB Ltd., Biotage, LLC, Biotage, Inc. (collectively, "Biotage"), and Merck & Co.'s joint motion to dismiss without prejudice Merck's cross-claim against Biotage. (ECF No. 70.) Having reviewed the motion, and noting that the Parties have satisfied Fed. R. Civ. P. 41, the Court GRANTS the joint motion. Merck's cross-claim against Biotage is dismissed, with each party bearing its own costs and fees. The Clerk of Court shall close the case.

//

1 | //
2 | //
3 |     **IT IS SO ORDERED.**
4 |
5 | DATED: August 11, 2017
6 | Hon. Cynthia Bashant
   United States District Judge